| | | | |
|---|---|---|---|
| Com. v. Brindle | 443 WDA 2016<br>Remanded | 12/16/2016 | CP–10–CR–0001996–2015<br>(Butler) |
| Com. v. Logan | 473 WDA 2016<br>Affirmed | 12/16/2016 | CP–02–CR–0000264–1992<br>CP–02–CR–0000266–1992<br>CP–02–CR–0015919–1991<br>(Allegheny) |
| Com. v. Kightlinger | 798 WDA 2016<br>Affirmed | 12/16/2016 | CP–61–CR–0000339–1998<br>CP–61–CR–0000340–1998<br>(Venango) |
| In re K.E.S.; Appeal of A.O. | 826 WDA 2016<br>Affirmed | 12/16/2016 | O.A. No. 14–2015<br>(Butler) |
| In re O.R.S.; Appeal of A.O. | 827 WDA 2016<br>Affirmed | 12/16/2016 | O.A. No. 15–2015<br>(Butler) |
| In re K.S.; Appeal of A.O. | 851 WDA 2016<br>Affirmed | 12/16/2016 | CP–10–DP–0000118–2008<br>(Butler) |
| In re O.R.S.; Appeal of A.O. | 852 WDA 2016<br>Affirmed | 12/16/2016 | CP–10–DP–0000117–2008<br>(Butler) |
| Adoption of G.T.; Appeal of A.T. | 941 WDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 12/16/2016 | 97 In Adoption 2015<br>(Erie) |
| In re J.D.; Appeal of M.S. | 975 WDA 2016<br>Affirmed | 12/16/2016 | CP–02–AP–0000021–2016<br>(Allegheny) |
| In re L.R.P.; Appeal of A.P. | 980 WDA 2016<br>Affirmed | 12/16/2016 | 30A–2016 O.C.<br>(Jefferson) |
| In re E.P.P.; Appeal of A.P. | 981 WDA 2016<br>Affirmed | 12/16/2016 | 31A–2016 O.C.<br>(Jefferson) |
| In re A.T.P.; Appeal of A.P. | 982 WDA 2016<br>Affirmed | 12/16/2016 | No. 32A–2016 O.C.<br>(Jefferson) |
| In re T.M.J.P.; Appeal of A.P. | 983 WDA 2016<br>Affirmed | 12/16/2016 | 29A–2016 O.C.<br>(Jefferson) |
| In re A.L.K.; Appeal of B.K. | 1050 WDA 2016<br>Affirmed | 12/16/2016 | CP–02–AP–0000013–2016<br>(Allegheny) |
| Com. v. Kenney | 3529 EDA 2015<br>Affirmed,<br>Reversed and<br>Vacated | 12/19/2016 | CP–51–CR–0010010–2009<br>(Philadelphia) |
| Com. v. Schwartzer | 3586 EDA 2015<br>Reversed and<br>Remanded | 12/19/2016 | CP–09–CR–0003071–2015<br>(Bucks) |
| Com. v. Goldsborough | 67 EDA 2016<br>Affirmed | 12/19/2016 | CP–23–CR–0002740–2009<br>(Delaware) |